

COM.

v.

EPHAULT, B.

3248 EDA 2016

Superior Court of Pennsylvania.

05/26/2017

CP–45–CR–0002361–2015 (Monroe)

Affirmed

IN the INTEREST OF: I.T.W., a Minor

3340 EDA 2016

Superior Court of Pennsylvania.

05/26/2017

CP–51–AP–0000784–2015, CP–51–DP–0001909–2013, FID: 51–FN–465818–2009 (Philadelphia)

Affirmed

IN the INTEREST OF: Y.K.W., a Minor

3341 EDA 2016

Superior Court of Pennsylvania.

05/26/2017

CP–51–AP–0000786–2015, CP–51–DP–0001907–2013, FID: 51–FN–465818–2009 (Philadelphia)

Affirmed

IN the INTEREST OF: K.D.W., a Minor

3342 EDA 2016

Superior Court of Pennsylvania.

05/26/2017

CP–51–AP–0000785–2015, CP–51–DP–0001908–2013, FID: 51–FN–465818–2009 (Philadelphia)

Affirmed

PILCHESKY, J.

v.

BULZONI, D.

1002 MDA 2016

Superior Court of Pennsylvania.

05/26/2017

2016–CV–1374 (Lackawanna)

Affirmed

COM.

v.

SANTIAGO, W.

1294 MDA 2016

Superior Court of Pennsylvania.

05/26/2017

CP–67–CR–0002738–2004 (York)

Affirmed

